IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

MISTY D'ANN HOSKISON                    §

VS.                                     §      CIVIL ACTION NO. 5:15cv6

DIRECTOR, TDCJ-CID                      §

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Misty D'Ann Hoskison, an inmate confined in the Crain Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states that on April 8, 2013, she was convicted of certain criminal offenses in the 5th District Court of Cass County, Texas.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring her petition for writ of habeas corpus in the district in which she was convicted or the district in which she is incarcerated.

Petitioner was convicted in Cass County, Texas. Pursuant to 28 U.S.C. § 124, Cass County is in the Eastern District of Texas. However, Cass County is located in the Marshall Division, rather than the Texarkana Division of this Court.

As petitioner was not convicted in the Texarkana Division of this Court, the Court is of the opinion that this matter should be transferred to the Marshall Division of this Court, where the records and witnesses relating to petitioner's criminal convictions are located. It is accordingly

**ORDERED** that this matter is **TRANSFERRED** to the Marshall Division of the United States District Court for the Eastern District of Texas.

**SIGNED this 23rd day of January, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE